998

No. 836. 24 DIGGER MERCHANDISING MACHINES ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Morris A. Shenker* for petitioners. *Acting Solicitor General Stern, Beatrice Rosenberg* and *Edward S. Szukelewicz* for the United States.

No. 845. FERGUSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *G. W. Horsley* for petitioner. *Acting Solicitor General Stern* for the United States.

No. 681. CAMMARATA v. OHIO. Supreme Court of Ohio. Certiorari denied. *Edward T. Kelley* and *Patrick J. Melillo* for petitioner. *Frank G. Millard,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara* and *Perry A. Maynard,* Assistant Attorneys General, for respondent.

No. 726. GORDON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *William Strong* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack* and *Joseph M. Howard* for the United States.

No. 742. PATTERSON v. SAUNDERS ET AL. Supreme Court of Appeals of Virginia. Motion to defer consideration denied. Certiorari denied.

No. 840. GONZALEZ-MARTINEZ v. LANDON, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, ET AL. C. A. 9th Cir. Certiorari denied. *Frank Pomeranz* for petitioner. *Acting Solicitor General Stern* and *Beatrice Rosenberg* for respondents.